Maxine BOYD, Employee/Appellant,

v.

SOUTHWESTERN BELL TELEPHONE COMPANY, Employer,

and

Missouri State Treasurer Custodian
of the Second Injury Fund,
Respondent.

No. 65118.

Missouri Court of Appeals,
Eastern District,
Division Four.

June 14, 1994.

Rehearing Denied July 28, 1994.

Harry J. Nichols, St. Louis, for appellant.

Jeremiah W. (Jay) Nixon, Atty. Gen., Jefferson City, Cara Lee Harris, Asst. Atty. Gen., Springfield, for respondent.

Before GRIMM, P.J., and CARL R. GAERTNER and AHRENS, JJ.

*ORDER*

PER CURIAM.

Maxine Boyd appeals from a decision of the Labor and Industrial Relations Commission denying her claim for benefits for permanent total disability from the Second Injury Fund.

No jurisprudential purpose would be served by a written opinion. However, the parties have been furnished with a memorandum opinion for their information only, setting forth the facts and reasons for this order.

The judgment of the trial court is affirmed in accordance with Rule 84.16(b).